# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMMIE NUNN,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79219

FILED

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to dismiss counsel and appoint alternate counsel. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Silver

---

[1]Given this order, this court takes no action on the pro se motion filed on August 2, 2019.

Supreme Court
of
Nevada

(O) 1947A

19-37013

cc: Hon. Mary Kay Holthus, District Judge
Sammie Nunn
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Anthony M. Goldstein